## SMITH v SCHWIER

Ohio Appeals, 1st Dist, Hamilton Co

No 5424. Decided May 31, 1938

George S. Hawke, Cincinnati, for appellant.

Charles K. Pulse, Cincinnati, for appellee.

## OPINION

By THE COURT

This judgment is affirmed. The findings of fact include the two prerequisites for setting aside a judgment after term:—(1) Failure to defend, superinduced by the representations of the plaintiff; and (2) a valid and meritorious defense.

The bill of exceptions contains evidence supporting the findings.

The case is remanded to the trial court for further proceedings according to law.

ROSS, PJ, HAMILTON and MATTHEWS, JJ, concur.